AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

SOUTHERN **DISTRICT OF** TEXAS

UNITED STATES OF AMERICA
V.
RODRIGUEZ, Maria Guadalupe YOB: 1996 USC

**CRIMINAL COMPLAINT**

CASE NUMBER: M-16-0679-M

United States District Court
Southern District of Texas
FILED

APR 14 2016

Clerk of Court

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___4-13-16___ in ___Hidalgo___ county, in the ___Southern___ District of ___Texas___ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally possess with Intent to Distribute 104.78 kilograms or more of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally Conspire to possess with Intent to Distribute 104.78 kilograms or more of Marijuana, a Schedule I Controlled Substance

in violation of Title ___21___ United States Code, Section(s) ___846, 841 (a) (1)___
I further state that I am a(n) ___DEA Task Force Officer___ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof:   X Yes   No

_____
Signature of Complainant
Eduardo Hernandez, DEA Task Force Officer

approved by
/s/ AUSA K. TX2

Sworn to before me and subscribed in my presence,

April 14, 2016                              At       McAllen, Texas
Date                                                  City and State

Dorina Ramos, U.S. Magistrate Judge          _____
Name & Title of Judicial Officer              Signature of Judicial Officer

# ATTACHMENT "A"

On April 13, 2016, Agents were conducting still watch operations south of Doffin Road south of San Juan, Texas. Recent intelligence suggested that this area was being used by narcotics smugglers as an entry point for contraband.

At approximately 2:25 p.m., Agent Marcus Johnson was conducting still watch operations when he observed a grey 2000 Jeep Grand Cherokee headed south on Cattle Pasture Road. The Grand Cherokee was observed traveling south bound to the river. Once at the river the Grand Cherokee turned around to face north bound. Agent Johnson observed several subjects carrying bundles of possible narcotics running towards the Grand Cherokee and place the bundles inside the Grand Cherokee.

Agent Johnson immediately notified all nearby agents of the traffic. As the Grand Cherokee was traveling north bound, Agent Johnson then notified all agents to move in.

Agent Hans Zlomek immediately responded to the area in an attempt to intercept the Grand Cherokee. As Agent Zlomek turned south bound on Cattle Pasture Road, Agent Zlomek observed the Grand Cherokee drive in reverse towards the river. Agent Zlomek immediately activated the emergency lights on his assigned service unit and conducted a traffic stop.

Upon making contact with the driver, Agent Zlomek observed several bundles of suspected narcotics in plain view in the front and rear passenger compartments. The driver was then placed under arrest and was transported to the Weslaco Border Patrol by Agent Zlomek and Agent Johnson. The female driver was identified as Maria Guadalupe RODRIGUEZ. The driver was read her rights and she understood her rights at 03:25 p.m.

A total of ten bundles were recovered from the vehicle. Border Patrol Agents Ernesto Flores and Cassandra Clarke transported the bundles to the Weslaco Station. Upon arrival at the Weslaco Station the bundles were opened and were found to contain a green leafy substance. Agent Clarke tested the green leafy substance using a Duquenois-Levine Reagent System, Narcotics Identification System, which tested positive for characteristics of marijuana.

The ten bundles were weighed by Agent Flores and Agent Clarke which yielded a total of 104.78 kg (231 lbs.). Drug Enforcement Administration Agent Ray Mercado and Agent Eduardo Hernandez were notified of the seizure. The bundles of marijuana were secured in evidence room four in order to preserve the chain of custody.

On April 13, 2016, at approximately 1630 hours, Task Force Officer (TFO) Eduardo Hernandez., and Special Agent Rei Mercado, with the Drug Enforcement Administration, were notified about the seizure. TFO Hernandez and SA Mercado went to the Weslaco Border Patrol Station and made contact with RODRIGUEZ. RODRIGUEZ was read her Miranda Warnings in English by TFO Hernandez as witnessed by SA Mercado. RODRIGUEZ waived her rights and cooperated with TFO Hernandez and SA Mercado. RODRIGUEZ claimed knowledge of the marijuana. RODRIGUEZ claimed she was going to get paid upon delivery of the marijuana.

RODRIGUEZ was charged with possession/conspiracy to possess a controlled substance with intent to deliver approximately 104.78 kilograms of marijuana.